USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA, | |
| Plaintiff, | 1:24-cv-7598 (MKV) |
| -against- | ORDER OF DISMISSAL |
| FENDI S.R.L., | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The parties have informed the Court that they have reached a settlement in principle [ECF Nos. 23, 25]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 30, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: March 31, 2025
      New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**